UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

NEWARK                                                                October 7, 2009
**Judge: Chesler**
**COURT REPORTER :MCGUIRE**                          Docket No 08-80
<u>**TITLE OF CASE**</u>
UNITED STATES OF AMERICA

v.

Mauricio Contreras Buritica

<u>**APPEARANCES:**</u>
Andrew Carey, AUSA
Alex Jardines, Esq. For deft., CJA

<u>**NATURE OF PROCEEDINGS:**</u>
(Continued Contested Sentence 30 minutes)

David Gilbert sworn as interpreter

Court received and reviewed documents related to prior convictions and addressed contested guidelines.

SENTENCE: 365 months on count one of the indictment

SUPERVISED RELEASE: 5 years on count one of the indictment

Based upon the information presented, the defendant is excused from the mandatory drug testing provision; however, the defendant may be requested to submit to drug testing during the period of supervision if the probation officer determines a risk of substance abuse.

SPECIAL CONDITIONS:

Financial disclosure, etc.,

Cooperate with Immigration and Customs Enforcement, etc.,

Prohibited from incurring any new credit charges, etc.,

The defendant shall cooperate in the collection of DNA

FINE: $2,500.00.  The Court finds that the defendant lacks the ability to pay a fine within the guideline range.  The fine is due immediately.  It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program, etc.,

SPECIAL ASSESSMENT: $100.00, which shall be due immediately.

Ordered defendant remanded.

The Court recommends that the defendant shall be designated to a facility nearest to defendants family.

Ordered defense counsel appointed CJA to file the Appeal on behalf of the defendant.

Ordered defendant remanded

1:30 p.m. to 2:00 p.m.

Theresa C. Trivino, Senior Courtroom Deputy/Court Specialist